United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN HOLMBY, et al.,

Plaintiffs,

v.

CARDINAL LOGISTICS MANAGEMENT CORPORATION,

Defendant.

Case No. 15-cv-03382-RS

**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

Pursuant to the joint stipulation filed on January 8, 2016, (Dkt. No. 26), and for good cause appearing, plaintiffs are granted leave to file a First Amended Complaint ("FAC"). The FAC shall be filed within fourteen days (14) of the date of this order.

**IT IS SO ORDERED**.

Dated: January 11, 2016

RICHARD SEEBORG
United States District Judge